Charles R. Messer (SBN: 101094)
MesserC@cmtlaw.com
David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendants*
*Dynamic Recovery Solutions, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBITH HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>Defendant. | Case no. 8:14-cv-01042-JLS-RNB<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the memorialization of their agreement, and file a stipulation of dismissal with prejudice as to plaintiff RUBITH HERNANDEZ, and without prejudice as to the putative class members, within 45 days from the date of this notice.

{00032644;1}

1

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

DATED:  May 22, 2015                **KAZEROUNI LAW GROUP, APC**

                                    By:    s/Abbas Kazerounian

                                    Abbas Kazerounian
                                    Attorneys for Plaintiff
                                    *RUBITH HERNANDEZ*

Dated May 22, 2015,                 **CARLSON & MESSER LLP**

                                    By:    s/ David J. Kaminski

                                    Charles R. Messer
                                    David J. Kaminski
                                    Keith A. Yeomans

                                    *Attorneys for Defendant*
                                    *Dynamic Recovery Solutions, LLC*

{00032644;1}

2