JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBITH HERNANDEZ, | ) Case No. SACV 14-1042-JLS(RNBx) |
| | ) |
| Plaintiff, | ) ORDER STAYING ACTION PENDING FINAL |
| | ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF |
| | ) DISMISSAL |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

On May 22, 2015, Plaintiff filed a Notice of Settlement (doc. 45), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

1     The parties shall file a Stipulation of Dismissal no later than
2 July 10, 2015. If no dismissal is filed, the Court deems the matter
3 dismissed at that time.
4     The Court retains full jurisdiction over this action and this
5 order shall not prejudice any party in the action.

9 IT IS SO ORDERED.

11 DATED: May 26, 2015

                                **JOSEPHINE L. STATON**
                                HONORABLE JOSEPHINE L. STATON
                                UNITED STATES DISTRICT JUDGE