
Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBITH HERNANDEZ,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **DYNAMIC RECOVERY SOLUTIONS, LLC,** <br><br> Defendant. | Case No.  8:14-cv-01042-JLS-RNB <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.  A proposed order has been concurrently submitted to this Court.

1 The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this 10th day of July, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs


By: s/ Keith Alexander Yeomans
KEITH ALEXANDER YEOMANS
Attorneys for Defendant
DYNAMIC RECOVERY SOLUTIONS


By: s/ Gino Serpe, Esq.
GINO SERPE, ESQ.
Attorneys for Defendant
LIVEVOX, INC.

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

Filed electronically on this 10th day of July, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

Charles R Messer
Carlson and Messer LLP

David J Kaminski
Carlson and Messer LLP

Keith Alexander Yeomans
Carlson and Messer LLP

Gino D Serpe
Law Offices of Gino D Serpe

Nathaniel P T Read
Cohen and Gresser LLP

This 10th day of July, 2015

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN