# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBITH HERNANDEZ,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br><br>**DYNAMIC RECOVERY SOLUTIONS, LLC,**<br><br>  Defendant. | Case No. 8:14-cv-01042-JLS-RNB<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 13 day of July, 2015.

_____
JOSEPHINE L. STATON
The Honorable Josephine L. Staton